UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
VANESSA JIMENEZ,

                Plaintiff,

                                                                 22 civ 5390 (JGK)

      -against-

CODDLE, INC.,

                Defendant.
-----------------------------------------------------------X

       The conference scheduled for Monday, September 19, 2022, at 3:30pm, is canceled. The time for the defendant to answer the complaint has passed. The plaintiff shall file default papers, via order to show cause and pursuant to this Court's rules, by **September 30, 2022.**

**SO ORDERED.**

                                                                                  **JOHN G. KOELTL**
                                                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         September 13, 2022