UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VANESSA JIMENEZ,

              Plaintiff,

- against -

CODDLE, INC.,

              Defendant.

22-cv-5390 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The time for the plaintiff to move for a default is extended to October 21, 2022.

SO ORDERED.
Dated:    New York, New York
            September 16, 2022

                                    John G. Koeltl
                            United States District Judge