```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

VANESSA JIMENEZ,

                Plaintiff,

    - against -

CODDLE INC.,

                Defendant.

22-cv-5390 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by November 7, 2022.

SO ORDERED.

Dated:    New York, New York
           October 24, 2022

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                                United States District Judge