UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VANESSA JIMENEZ,

                Plaintiff,

    - against -

CODDLE INC.,

                Defendant.

22-cv-5390 (JGK)

ORDER

---

**JOHN G. KOELTL**, District Judge:

    On October 24, 2022, the Court ordered the parties to submit a Rule 26(f) report by November 7, 2022. ECF No. 15. No Rule 26(f) report has been submitted. The time to submit a Rule 26(f) report is extended until **November 23, 2022.**

SO ORDERED.

Dated:    New York, New York
             November 9, 2022

                                              John G. Koeltl
                                      United States District Judge